

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00403-CV

| | | |
|---|---|---|
| In re E.M. | § | Original Proceeding |
| | § | From the 231st District Court |
| | § | of Tarrant County (231-445474-08) |
| | § | January 9, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator E.M. We conditionally grant relator's petition. Writ will issue only if Respondent fails to stay her December 15 temporary order.

It is ordered that real party in interest C.G. shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker